# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mashal Sherzad,<br><br>   Plaintiff,<br><br>vs.<br><br>Melinda Pettigrew, Thai Nguyen, Timothy Beebe, Rachel Croson, John Doe (whose true name is unknown) Jane Roe (whose true name is unknown), and University of Minnesota,<br><br>   Defendants. | No. 24-cv-1739-ADM-DLM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO COMPEL DISCOVERY AND AMEND THE SCHEDULING ORDER** |

This matter is before the Court on Defendants' Unopposed Motion to Compel Discovery and Amend the Scheduling Order. (Doc. 24.) Having reviewed the motion, and finding good cause to amend this Court's schedule, this Court finds that Defendants' motion should be granted in its entirety.

**THEREFORE, IT IS ORDERED:**

1. Plaintiff will provide a complete list of medical providers and executed releases for her records from each no later than January 3, 2025;

2. Plaintiff will serve complete responses to Defendants' interrogatories and document requests no later than January 15, 2025; and

3. Defendants will complete the following no later than February 14, 2025:

    a. Disclose any experts;

    b. File a motion for a medical examination under Rule 35, if any, with

> any examination to be conducted on a mutually agreeable date thereafter;
>
> c. File any non-dispositive discovery motions; and
>
> d. Complete any deposition of Plaintiff under Rule 30.

The Court notes that Plaintiff did not oppose Defendants' motion to compel discovery. While in some cases there may be good reason for litigation regarding discovery, here it appears the reason is simply that Plaintiff has chosen not to respond to Defendants' discovery requests. Plaintiff is warned that failure to cooperate in discovery may result in sanctions. *See* Fed. R. Civ. P. 37.

DATED: December 16, 2024           *s/Douglas L. Micko*
                                                              DOUGLAS L. MICKO
                                                              United States Magistrate Judge