# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mashal Sherzad,<br><br>      Plaintiff,<br><br>vs.<br><br>Melinda Pettigrew, Thai Nguyen, Timothy Beebe, Rachel Croson, John Doe (whose true name is unknown) Jane Roe (whose true name is unknown), and University of Minnesota,<br><br>      Defendants. | No. 24-cv-1739-ADM-DLM<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

      Defendants Melinda Pettigrew, Thai Nguyen, Timothy Beebe, Rachel Croson, and the University of Minnesota, by and through their attorneys, respectfully move the Court for summary judgment. This motion is based on Defendants' memorandum, the accompanying declaration and exhibit, and all other records, files, and proceedings herein.

Dated: March 14, 2025          DOUGLAS R. PETERSON
General Counsel
University of Minnesota


By *s/Brent Benrud*
Lisa L. Beane (#395219)
Senior Associate General Counsel
bean0040@umn.edu
Brent P. Benrud (#262128)
Senior Associate General Counsel
benr0001@umn.edu
360 McNamara Alumni Center
200 Oak Street, SE
Minneapolis, MN 55455-2006
612-624-4100

Attorneys for Defendants