UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mashal Sherzad,

    Plaintiff,

v.

Melinda Pettigrew, Thai Nguyen, Timothy Beebe, John Doe, Jane Roe, University of Minnesota, and Rachel Croson,

    Defendants.

**ORDER**
Civil No. 24-1739 ADM/DLM

___

This matter is before the undersigned United States District Judge for a ruling on the motion by Foundation for Individual Rights and Expression ("FIRE") to file an *amicus curiae* brief in support of Plaintiff Mashal Sherzad [Docket No. 58]. Defendants have filed a response [Docket No. 61] opposing the motion.

FIRE's motion was initially held in abeyance because Plaintiff had not filed responses to Defendants' dispositive motions by the deadline provided in Local Rule 7.1. See Order [Docket No. 64]. Plaintiff has now filed responses, including a 43-page brief in opposition to Defendant's summary judgment motion. Plaintiff's brief addresses both the broad constitutional issues FIRE seeks to argue as well as arguments specific to the factual context of the case which will likely be more helpful to resolving the motion.

The Court denies leave to file an amicus curiae brief because FIRE's proffered information is largely duplicative and would not be particularly helpful or useful in resolving Defendants' dispositive motions.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that FIRE's motion for leave to file an *amicus curiae* brief [Docket No. 58] is **DENIED**.

BY THE COURT:

Dated: May 28, 2025

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE