## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mashal Sherzad,<br><br>    Plaintiff,<br><br>vs.<br><br>Melinda Pettigrew, Thai Nguyen, Timothy Beebe, Rachel Croson, John Doe (whose true name is unknown) Jane Roe (whose true name is unknown), and University of Minnesota,<br><br>    Defendants. | No. 24-cv-1739-ADM-DLM<br><br>**[PROPOSED] ORDER TO MODIFY SCHEDULE** |

Plaintiff has filed a motion to modify the Court's Second Amended Pretrial Scheduling Order (Doc. 36) to extend the deadlines relating to expert discovery. Defendants do not object. Based on the reasons provided by Plaintiff, the Court finds good cause for the requested modifications. Accordingly, it is hereby ordered that the deadlines in the Court's pretrial scheduling order shall be modified as follows:

- Rebuttal expert identities and disclosures on or before September 2, 2025.

- Expert discovery including depositions shall be completed by October 3, 2025.

- All non-dispositive motions and supporting documents relating to expert discovery shall be served and filed on or before October 3, 2025.

- This case will be trial ready on or about _____

**IT IS SO ORDERED.**

1

Dated: _____, 2025

BY THE COURT

_____
Ann D. Montgomery
United States District Judge