UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mashal Sherzad,

Plaintiff,

-vs-                                                                                              24-cv-1739 ADM/EMB

Melinda Pettigrew, Thai Nguyen,
Timothy Beebe, Rachel Crosson, and
University of Minnesota,

Defendants.

## COST JUDGMENT

The costs of the Defendants, Melinda Pettigrew, Thai Nguyen, Timothy Beebe, Rachel Crosson, and University of Minnesota, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Marshal Sherzad, as follows:

|                    | **Claimed** | **Allowed** |
|--------------------|-------------|-------------|
| Fees of Clerk      | $405.00     | $405.00     |
| Fees for Transcripts | $3,827.50 | $3,435.55   |
| Total              | $4,232.50   | $3,840.55   |

Costs, therefore, are taxed against the Plaintiff, Marshal Sherzad, in the amount of $3,840.55 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on November 24, 2025.

KATE M. FOGARTY, CLERK